[L. A. No. 5233.  Department One.—August 27, 1919.]

ANNA M. BRAUTIGAM, Appellant, v. SIGEL F.
BRAUTIGAM, Respondent.

[1] DIVORCE—CRUELTY—DESERTION—EVIDENCE.—In this action for di-
vorce on the grounds of cruelty and desertion, it is held the evidence
was sufficient to establish the cruelty, but it failed to establish
the desertion solely because of the fact that after the cruelty had
continued until it became impossible for the wife to continue living
with her husband as such, without destroying her health, the parties
for that reason agreed to a separation.

APPEAL from a judgment of the Superior Court of Santa
Barbara County.  S. E. Crow, Judge.  Reversed.

The facts are stated in the opinion of the court.

Preisker, Preisker & Goble for Appellant.

No appearance for Respondent.

SHAW, J.—The plaintiff appeals from a judgment against
her in an action for divorce in which the defendant had de-
faulted and the case was submitted to the court upon the
evidence produced by the plaintiff.  The complaint as causes
of divorce alleged cruelty and desertion.  It is unnecessary to
set forth particularly the allegations or the evidence produced.
[1]  A reading of the evidence satisfies us that it was suffi-
cient to establish the cruelty alleged in the complaint.  It
fails to establish the allegation of desertion solely because of
the fact that after the cruelty had continued until it became
impossible for the wife to continue living with her husband
as such, without destroying her health, the parties for that
reason agreed to a separation.

The only doubt in the case arises from the weakness of the
corroboration.  The nature of the cruelty was of a character
which made corroboration difficult, but we think it was suffi-
cient to meet the requirements of the law in that particular.

The judgment is reversed and the court below is directed to
enter judgment in favor of the plaintiff in accordance with
this opinion.

Lawlor, J., and Olney, J., concurred.